# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | | |
|---|---|---|---|
| Duane Schwarze, | ) | COURT MINUTES – CIVIL | |
| | ) | BEFORE: JEFFREY J. KEYES | |
| Plaintiff, | ) | U.S. MAGISTRATE JUDGE | |
| | ) | | |
| v. | ) | Case No: | 14cv2043 (PJS/JJK) |
| | ) | Date: | April 7, 2015 |
| Stratsasys, Inc., et al., | ) | Courthouse: | Saint Paul |
| | ) | Courtroom: | Courtroom 6A |
| Defendants. | ) | Recording: | AUDIO (see below) |
| | ) | Time Commenced: | 9:30 AM |
| | ) | Time Concluded: | 1:00 PM |
| | ) | Time in Court: | 3 Hours & 30 Minutes |
| | ) | | |

| | | |
|---|---|---|
| Charles Longlois, | Case No. | 13cv3345 (JNE/SER) |
| | Date: | April 7, 2015 |
| Plaintiff, | Courthouse: | Saint Paul |
| | Courtroom: | Courtroom 6A |
| | Recording: | AUDIO (3:58 pm – 4:11 pm as to both cases) |
| | Time Commenced: | 1:00 PM |
| | Time Concluded: | 4:11 PM |
| | Time in Court: | 3 Hours & 11 Minutes |

v.

Stratasys, Inc.,

      Defendant.

Hearing on: **SETTLEMENT CONFERENCE**

### APPEARANCES:

    Plaintiff:    Jarvis C. Jones/Eric D. Satre – Jones Satre & Weimer PLLC
    Defendant:    Gregory L. Peters – Seaton, Peters & Revnew, PA

## PROCEEDINGS:

✱   Settlement reached.  Terms stated on the record.

**Other Remarks:**

The parties should bring any dispute about minor terms of the settlement to the Court for resolution.

*s/ Wendi Tilden*
Courtroom Deputy